

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00339-CV

| | | |
|---|---|---|
| In the Interest of B.T., A Child | § | From the 90th District Court |
| | § | of Young County (31091) |
| | § | August 13, 2015 |
| | § | Opinion by Justice Dauphinot |
| | § | |

# JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. Having held that all orders Judge Cleveland signed in Cause No. 31091 after February 26, 2014 are void, we vacate them and dismiss this appeal, returning the parties to the position in the trial court that they were in on February 26, 2014.

It is further ordered that Appellant K.T. shall pay one-half of all of the costs of this appeal and that Appellee M.T. shall pay one-half of all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot